1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11                                          )
    RICHARD ROSCOE HILL,                    )        CV F- 03-6661 AWI DLB P
12                                          )
                    Plaintiff,              )        ORDER DIRECTING PLAINTIFF TO
13                                          )        SUBMIT USM 285 FORMS
         v.                                 )
14                                          )
    W.R. WILLIAMS, et al.,                  )
15                                          )
                    Defendants.             )
16  _____)
17
18
19          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights
20  amended complaint filed on September 5, 2006.  The complaint appears to state cognizable claims
    for relief for violation of plaintiff's First Amendment rights against the named defendants.
21  Accordingly, IT IS HEREBY ORDERED that:
22
23          1.      Service is appropriate for defendants Williams, Webster, Allen, Villa, Lewis, King,

                    Yates and Rianda.
24
25          2.      The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8)

26                  summons, a Notice of Submission of Documents form, an instruction sheet and a

                    copy of the amended complaint filed September 5, 2006.
27
            3.      Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the
28

1   attached Notice of Submission of Documents and submit the completed Notice to the

2   Court with the following documents:

3       a.      Completed summons;

4       b.      One completed USM-285 form for each defendant listed above; and

5       c.      Nine (9) copies of the endorsed amended complaint filed September 5, 2006.

6       4.      Plaintiff need not attempt service on Defendants and need not request waiver of

7   service.  Upon receipt of the above-described documents, the court will direct the

8   United States Marshal to serve the above-named Defendants pursuant to Federal Rule

9   of Civil Procedure 4 without payment of costs.

10       5.      <u>The failure to comply with this Order will result in a Recommendation that this action</u>

11   <u>be dismissed.</u>

12        IT IS SO ORDERED.

13   **Dated:**    **March 27, 2007**          **/s/ Dennis L. Beck**

3c0hj8                             UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28