IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSCOE HILL, | CASE NO. 1:03-cv-06661 LJO DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| vs. | |
| W. R. WILLIAMS, et al., | [Doc. 36] |
| Defendants. | |

Plaintiff Richard Roscoe Hill ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2008, plaintiff filed a request for entry of default against defendants Williams, Lewis, Rianda, Yates, Webster, Villa, King, and Allen ("defendants").

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. See Fed. R. Civ. P. 55(a). Plaintiff is reminded that "[f]or good cause shown the court may set aside an entry of default and, if a judgment by default has been entered, may likewise set it aside in accordance with Rule 60(b)." Fed. R. Civ. Pro. 55(c).

Here, a review of the record in this action reveals that defendants filed a timely answer to plaintiff's complaint on September 10, 2007. (Doc. 32). However, defendants failed to file proof of

1  service upon plaintiff as required under Federal Rules of Civil Procedure 5(a).  Pursuant to Local Rule
2  5-135(b), prisoners and pro se litigants must be conventionally served.
3       Although it appears that defendants failed to properly serve plaintiff, the court is satisfied that
4  defendants have pled or otherwise defended. (Fed. R. Civ. P. 55(a)).  Therefore, plaintiff's request for
5  entry of default, filed February 1, 2008, is HEREBY DENIED.  Defendants shall serve and file proof
6  of service upon plaintiff within ten (10) days of this order.
7       IT IS SO ORDERED.
8       Dated:   **April 22, 2008**         **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE