IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSCOE HILL,<br><br>            Plaintiff,<br><br>      vs.<br><br>W.R. WILLIAMS, et al,<br><br>            Defendants.<br>_____/ | 1:03-cv-06661-AWI-DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS<br><br>(DOCUMENT #39)<br><br>THIRTY DAY DEADLINE |

Defendants' request for an extension of time to respond to Plaintiff's Requests for Production of Documents was considered by the Court, and good cause appearing.

IT IS HEREBY ORDERED that Defendants have thirty days to serve their responses on Plaintiff.

IT IS SO ORDERED.

Dated:   May 1, 2008             /s/ **Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE