IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSCOE HILL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>W.R. WILLIAMS, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:03-cv-06661-LJO-DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #45)<br><br>FORTY-FIVE DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2008, plaintiff filed a motion to extend time to file a response to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted forty-five (45) days from the date of service of this order in which to file a response. Plaintiff may file a second motion to extend time at a later date if required. Plaintiff is reminded that no further extensions of time shall be granted without a showing of good cause.

IT IS SO ORDERED.

Dated:   **August 21, 2008**　　　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE