IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ROSCOE HILL,**<br><br>                                            Plaintiff,<br><br>           v.<br><br>**W. R. WILLIAMS, et al.,,**<br><br>                                            Defendants. | 1:03-cv-6661 AWI DLB (PC)<br><br>**ORDER** GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court finds there is good cause to grant Defendants' request for an extension of time to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary.  Accordingly, Defendants shall file their reply to Plaintiff's Opposition within thirty days of service of this order.

   IT IS SO ORDERED.

   Dated:   **October 27, 2008**          /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE

Order

1