# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSCOE HILL, | CASE NO. 1:03-CV-6661-LJO DLB-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 52) |
| W.R. WILLIAMS, et al., | |
| Defendants. | |

Plaintiff Richard Roscoe Hill, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 12, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On January 5, 2009, plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 12, 2008, is adopted in full; and

2. Defendants' motion for summary judgment, filed August 5, 2008 is GRANTED and Plaintiff's cross motion for summary judgment filed October 14, 2008 is DENIED, thus concluding this action in its entirety.

IT IS SO ORDERED.

**Dated:    January 28, 2009**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1